IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                      3:05cr78/LAC

ARACELY BAUCOM,
    Defendant.
_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendant, ARACELY BAUCOM, to the indictment returned against him is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 11th day of April, 2006.

                                              *s/L.A. Collier*
                                              LACEY A. COLLIER
                                              SENIOR UNITED STATES DISTRICT JUDGE